[Nos. 11896-7-III; 11912-2-III. Division Three. April 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ARNOLDO VILLALOBAS CONTRERAS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LUIS AGUILAR, *Appellant*.

Appeals from judgments of the Superior Court for Yakima County, Nos. 91-1-00749-2, 91-1-00743-3, Robert N. Hackett, Jr., J., entered September 13 and 20, 1991. *Affirmed in part* and *remanded* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Thompson, J.

[No. 11819-3-III. Division Three. April 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST RAY STANTON, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 90-1-00086-1, Ted Kolbaba, J., entered June 4, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 15592-3-II. Division Two. April 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES H. VENNES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 90-1-00488-9, William J. Kamps, J., entered December 13, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, J., Alexander, C.J., dissenting.